IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENIS LANCERIN,

    Plaintiff,

v.

MIKE WATSON, et al.,

    Defendant.

               No. 10-1130 EDL

**ORDER REGARDING REQUEST TO SET ASIDE DEFAULT**

On May 12, 2010, the Clerk of Court entered default against individual defendant Mike Watson. On June 8, 2010, Mr. Watson filed a document entitled "Opposition to Request for Entry of Default Against Mike Watson" as well as an Answer to the Complaint. Because Mr. Watson is proceeding pro se, the Court liberally construes Mr. Watson's opposition as a Motion to Set Aside the Entry of Default against him. Accordingly, the Court Orders that Mr. Watson's Motion be heard in conjunction with the initial Case Management Conference currently set for July 1, 2010.

Plaintiff's Opposition to the Motion shall be filed and served on Mr. Watson by no later than June 16, 2010. Mr. Watson's Reply, if any, in support of his motion shall be due no later than June 23.

IT IS SO ORDERED.

Dated: June 9, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge