IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS LANCERIN, | No. C -10-01130(EDL) |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE PARTIALLY REINSTATED** |
| v. | |
| MIKE WATSON, et al. | |
| Defendants. | |

On June 25, 2010, this Court issued an Order on the parties' Stipulation Re: Judgment, Dismissal, Production of Financial Information, Covenant Not to Transfer Real Property, and Vacating Defaults. The parties' agreement provided that judgment was not entered as to Plaintiff's intentional misrepresentation and conversion claims, but Plaintiff would dismiss those claims with prejudice upon satisfactory payment of the judgment in full. The agreement also provided that this Court would retain jurisdiction to ensure full compliance with the agreement. Thereafter, the clerk of court terminated the case.

Plaintiff has informed the Court that Defendants have failed to comply with the terms of the agreement, and requests a case management conference with the Court. Plaintiff seeks to reinstate its intentional misrepresentation and conversion claims against the corporate defendant, Mike Watson Capital LLC.

Defendant Mike Watson Capital LLC is hereby Ordered to Show Cause by no later than December 3, 2012 why the intentional misrepresentation and conversion claims against it should not be reinstated for failure to comply with the terms of the parties' agreement, and why the case

should not be returned to the Court's active docket.

    IT IS SO ORDERED.

Dated: November 19, 2012

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge